UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LEISA BUSCHELL MONK

       Plaintiff,

V.                                                    CIVIL ACTION NO
                                                      1:09-cv-02968-JFM

IO, INC.
*D/B/A*
RECEIVABLES MANAGEMENT SYSTEM

Defendant.                                            March 4, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.


                    THE PLAINTIFF

                    BY<u>/S/Bernard T. Kennedy</u>
                    Bernard T. Kennedy, Esquire
                    The Kennedy Law Firm
                    P.O. Box 657
                    Edgewater, MD 21037
                    Ph   (443) 607-8901
                    Fax (443) 607-8903
                    Fed. Bar # Md26843
                    bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 3/4/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy